13

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

De Kano-Pyle

versus

Victoria County, et al

CIVIL ACTION B-98-171

## Order Setting Hearing

1. A motion hearing will be held before Judge Hilda G. Tagle on: ~~2-26~~ 3-26-, 1999 at 1:30 p.m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on March 5th, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
mhrgddl.