15

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Aubert Delano Pyle §
§
versus §
§ CIVIL ACTION B-98-171
§
Victoria County, Texas §
Victoria County Sheriff's
Office
Anthony Daniel

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.     ☐ Bench    ☑ Jury

2. New parties must be joined by: __May 1, 1999__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: __September 1, 1999__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: __January 1, 2000__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by: __January 30, 2000__

*********************************************************************

7. Joint pretrial order is due: __2-17-2000__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __3-2-2000__

   *The case will remain on standby until tried.*

Signed __March 26__, 199_9_, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge