22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2000

Michael N. Milby,
By Deputy Clerk

| | |
|---|---|
| AUBARY DELANO PYLE | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-98-171 |
| VICTORIA COUNTY, TEXAS, | § |
| VICTORIA COUNTY SHERIFF'S | § |
| DEPARTMENT, and ANTHONY | § |
| DANIEL, in his official capacity | |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE

On this the 16th day of December, 1999, came on to be heard the Joint Motion for Continuance and the Court, having considered the arguments of counsel, is of the opinion that the same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Joint Motion for Continuance is hereby granted.

SIGNED AND ORDERED ENTERED on this the 16th day of December, 1999.

_____
Judge Presiding

ClibPDF - www.fastio.com