23

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

Aubrey DeLano Pyle §
§
versus §   CIVIL ACTION B- 98-171
§
Victoria County, TXS., et al §

## Amended Scheduling Order

1. Trial: Estimated time to try: _____ days.        ☐ Bench   ☐ Jury

2. New parties must be joined by:  _____

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by: _____

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:  4-1-2000

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by:  4-28-2000

********************************************************************************

7. Joint pretrial order is due:  5-24-2000

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  10-1-2000

   The case will remain on standby until tried.

9. Jury Selection: at 9:00 AM        10-2-2000

Signed January 5th, 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge