36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| AUBARY DELANO PYLE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-98-171 |
| VICTORIA COUNTY, TEXAS, ET AL., | § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on May 30, 2000, the Court reviewed all pending motions in this case.

1. Defendants' motion for leave to appear (Dkt. No. 24) is GRANTED.

2. Defendant's motion to dismiss (Dkt. No. 25) is GRANTED in part and DENIED in part.

   A. Defendants' motion to dismiss Plaintiff's Americans with Disabilities Act claim against Defendant Anthony Daniel in his official capacity is GRANTED. Count I against Defendant Anthony Daniel in his official capacity is DISMISSED with prejudice.

   B. Defendants' motion to dismiss Plaintiff's Rehabilitation Act of 1973 claim against Defendant Anthony Daniel in his official capacity is GRANTED. Count II against Defendant Anthony Daniel in his official capacity is DISMISSED with prejudice.

   C. Defendants' motion to dismiss Plaintiff's Texas Human Resources Code claim against Defendant Anthony Daniel in his official capacity is GRANTED. Count III against Defendant Anthony Daniel in his official capacity is DISMISSED with prejudice.

   D. Defendants' motion to dismiss Plaintiff's 42 U.S.C. §1983 claim against Defendant Anthony Daniel in his official capacity is DENIED.

1

  E. Defendants' motion to dismiss Plaintiff's False Imprisonment and Intentional Infliction of Emotional Distress claims against all Defendants is GRANTED. Counts VI and VIII against all Defendants are DISMISSED with prejudice.

  F. Defendants' motion to dismiss Plaintiff's Negligence claim against all Defendants is GRANTED. Count VII against all Defendants is DISMISSED with prejudice.

3. Plaintiff's opposed motion for leave to file amended complaint (Dkt. No. 27) is DENIED.

4. The agreed motion for continuance (Dkt. No. 29) is DENIED.

5. Plaintiff's opposed motion for leave to file Plaintiff's response to Defendant's motion to dismiss (Dkt. No. 30) is GRANTED.

6. Finally, the parties have submitted two "joint" pretrial orders – one by the Plaintiff and one by the Defendants. The parties are ORDERED to resubmit no later than June 5, 2000, by 12:00 noontime, a joint pretrial order conforming with Rule 8 of the Chamber's Civil Procedure Manual.

Thus, only Counts IV and V remain against Defendant Anthony Daniel in his official capacity. No claims are alleged against Defendant Anthony Daniel in his individual capacity. Counts I, II, III, IV, and V remain against all other Defendants.

The deadlines entered January 5, 2000 are in effect. Final pretrial conference is set for June 1, 2000, and jury selection is set for the following day, June 2, 2000. The trial will begin within the month of June 2000. In the event that the parties settle this case, they shall promptly notify the Case Manager in accordance with Rule 15 of the Chamber's Civil Procedure Manual.

DONE at Brownsville, Texas, this ___31___ day of May 2000.

_____
Hilda G. Tagle
United States District Judge