d) for pain, suffering and emotional distress sustained by the Plaintiff reasonably expected to be incurred in the future?

Answer in dollar and cents   $100,000.00

SO SAY WE ALL.

~~[redacted]~~
Presiding Juror

DATED: 7/14/00

United States District Court
Southern District of Texas
FILED

JUL 14 2000

Michael N. Milby, Clerk of Court

2:58 p.m.