93

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| AUBARY DELANO PYLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-171 |
| | § | |
| VICTORIA COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This case was tried before the Court and a jury. The issues having been tried and the jury having rendered a verdict for Plaintiff, it is ORDERED that Plaintiff recover from Defendant the sum of $230,000, with interest thereon at the rate of 6.375 percent as provided by law, and Plaintiff's costs of action.

DONE at Brownsville, Texas, this 25 day of July 2000.

_____
Hilda G. Tagle
United States District Judge