96

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| AUBARY DELANO PYLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-171 |
| | § | |
| VICTORIA COUNTY, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on September 21, 2000, the Court reviewed Defendants' Motion to Alter or Amend the Judgment Pursuant to FRAP 59(e) [Dkt. No. 94]. The motion is hereby DENIED with leave to resubmit upon remand from the Fifth Circuit.

DONE at Brownsville, Texas, this 21st day of September 2000.

Hilda G. Tagle
United States District Judge

1