# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 00-41038

D.C. Docket No. B-98-CV-171

U.S. COURT OF APPEALS
**FILED**
SEP 0 3 2002
CHARLES R. FULBRUGE III
CLERK

AUBARY DELANO-PYLE

    Plaintiff - Appellee

v.

VICTORIA COUNTY, Texas; ET AL

    Defendants

VICTORIA COUNTY, Texas

    Defendant - Appellant

United States District Court
Southern District of Texas
FILED
NOV 1 9 2002
Michael N. Milby
Clerk of Court

Appeals from the United States District Court for the
Southern District of Texas, Brownsville.

Before JONES, EMILIO M. GARZA, and STEWART, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: NOV 1 5 2002

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana

NOV 1 5 2002