110



United States District Court
Southern District of Texas
Office of the Clerk
600 E. Harrison Street #101
Brownsville, Texas 78520-7114
(956) 548-2500

United States District Court
Southern District of Texas
FILED

NOV 22 2002

Michael N. Milby
Clerk of Court

November 22, 2002

Ronald W. Armstrong
Attorney at Law
2600 Old Alice Rd.
Brownsville, Texas 78521

Kevin D. Cullen
Attorney at Law
P. O. Box 2938
Victoria, Texas 77902

Re: Civil Action No. B-98-171
    DeLano-Pyle vs. Victoria County, et al

Gentlemen:

    Please be advised that we are in receipt of the exhibits returned by the Court of Appeals in the above-referenced matter.

    Pursuant to LR79.2 Disposition of Exhibits:
"When there is an appeal, exhibits returned by the court of appeals will be removed by the offering party within ten days after written notice from the clerk. Exhibits not removed will be disposed of by the clerk, and the expenses incurred will be taxed against the offering party."

    Please make arrangements with the undersigned within ten days from receipt of this letter for return of these exhibits.

Michael N. Milby, Clerk

By: *[signature]*
Stella Cavazos
Case Manager/Deputy Clerk
(956) 548-2628

*Copy: Attorneys as stated*
   *Butch Barbosa, Deputy-in-Charge*