*111*

**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

Delano-Pipe
                              §
                              §
                              §     CIVIL ACTION  B: 98-171
versus                        §
                              §     CRIMINAL  _____
                              §
Victoria County, et al        §
                              §

#### RECEIPT FOR WITHDRAWAL OF EXHIBITS

United States District Court
Southern District of Texas
FILED

DEC 03 2002   2:40p

Michael N. Milby
Clerk of Court

*Proceeding:*   ☒Trial   ☐Hearing   held  7/14/00

*Exhibits of:*   ☐Govt.   ☒Pltf.   ☐Deft.

| Exhibit Numbers | Description |
|---|---|
| 1-14 | |
| 16-17 | |
| 19-21 | |
| 23-25 | |
| 28-33 | |
| 40, 42, 43, 47 | |
| 58, 59 | |
| 61-64 | |
| 66, 69, 76-78 | |
| | |

The above exhibits were received by  ROSA E. ACOSTA  , ~~attorney/case agent~~ for  Legal Secretary
( ) Govt.   ☒ Pltf.   ( ) Deft.

_____
(signature)

12/3/02        2:40 P.M.
Date            Time