112



United States District Court
Southern District of Texas
Office of the Clerk
600 E. Harrison Street #101
Brownsville, Texas 78520-7114
(956) 548-2500

United States District Court
Southern District of Texas
FILED

DEC 1 9 2002

Michael N. Milby
Clerk of Court

December 19, 2002

Kevin D. Cullen
Attorney at Law
P. O. Box 2938
Victoria, Texas 77902

Re: Civil Action No. B-98-171
    DeLano-Pyle vs. Victoria County, et al

Dear Mr. Cullen:

Pursuant to LR79.2 as stated in my letter dated November 22, 2002, please be advised that Defendant's Exhibits #1, 2, 3, 4, 6, 8 and 10 (Doc.#86) were disposed of on this day.

*Defendant's Exhibit #1* (bag of pills) was released to Defense Counsel on 7/14/00 and photographs had been substituted;

*Defendant's Exhibit #2* (blood vial) was delivered to Maria G. Vallejo RN, BSN Federal Occupational Health Nurse, located on the Second Floor of the Federal Courthouse Building, and placed in a Bio-Hazard container; said vial will be picked up by the environmental disposal company.

Michael N. Milby, Clerk

By: _____
Stella Cavazos
Case Manager/Deputy Clerk
(956) 548-2628

*Copy: Attorney as stated*
*Butch Barbosa, Deputy-in-Charge*