IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AUBARY DELANO PYLE § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-98-171 |
| VICTORIA COUNTY, TEXAS, § | (JURY REQUESTED) |
| VICTORIA COUNTY SHERIFF'S § | |
| DEPARTMENT, and ANTHONY § | |
| DANIEL, in his official capacity § | |

## JOINT MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff and Defendant file this Joint Motion to Transfer Venue of Plaintiff's suit as authorized by 28 U.S.C. § 1404(a).

A.  Introduction:

1.  AUBARY DELANO PYLE is Plaintiff. Victoria County, Texas is Defendant.

2.  Plaintiff sued Defendant in the District Court for the Southern District of Texas, Brownsville Division. Judgment was entered on July 25, 2000 against Defendant. Said Judgment was appealed to the Fifth Circuit Court of Appeals and was affirmed.

3.  Plaintiff and Defendant have reached a settlement and, as part of the terms of the settlement, both parties have agreed to transfer this case to the United States District Court for the Southern District of Texas, Victoria Division, for the reason that venue is inconvenient for the Defendant in the present district and more convenient in the Southern District of Texas, Victoria Division. Therefore, both Plaintiff and Defendant request the Court to transfer this suit to the United States District Court for the Southern District of Texas, Victoria Division.

B.  Argument:

4.  The Court may transfer suit to any other division where it might have been brought for the convenience of the Defendant or its witnesses and in the interest of justice. 28 U.S.C. § 1404(a).

5. The Court should grant this Joint Motion to Transfer to the United States District Court for the Southern District of Texas, Victoria Division for the following reasons:

(a) Plaintiff and Defendant have agreed that the present forum is inconvenient for the Defendant and the Plaintiff will not be inconvenienced by the transfer.

(b) A transfer to the Victoria Division in the Southern District will facilitate the monitoring of any injunctive relief that may be agreed upon by the parties.

C. Conclusion:

Because the Plaintiff and the Defendant have agreed to transfer venue of this suit to the U. S. District Court for the Southern District of Texas, Victoria Division, the Court should approve that agreement and transfer the Plaintiff's suit to the Southern District of Texas, Victoria Division.

Respectfully submitted,

LAW OFFICES OF ALAN J. RICH, LLC
ATTORNEYS FOR AUBARY DELANO PYLE

By: _____
Alan J. Rich

CULLEN, CARSNER, SEERDEN & CULLEN, L.L.P.
P. O. Box 2938, Victoria, TX 77902
(361) 573-6318; FAX #: (361) 573-2603

By _____
Kevin D. Cullen, TBA #: 05208625, Fed Id. No. 957
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing the same to each in accordance with the Federal Rules of Civil Procedure at the same time the original was mailed for filing with the Clerk of this Court, on this **29** day of **September** 2003.

_____
Kevin D. Cullen

```
                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

OCT 0 3 2003

Michael N. Milby
Clerk of Court

```
MARIANO AYALA                      )
                                   )
                                   )  CIVIL ACTION NO.
VS.                                )  B-03-089
                                   )
ACCESS RECOVERY SERVICES, INC.;    )
ACCESS RECOVERY GROUP; AND PETER   )
H. LIEDERMAN                       )
                                   )
```

CLASS CERTIFICATION HEARING
BEFORE THE HONORABLE ANDREW S. HANEN
SEPTEMBER 10, 2003

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Stephen Gardner<br>6060 N. Central Expwy., Suite 560<br>Dallas, Texas  75206 |
| For the Plaintiff: | John Ventura<br>Daniel Whitworth<br>62 East Price Road<br>Brownsville, Texas  78521 |
| Transcribed by: | BARBARA BARNARD<br>Official Court Reporter<br>600 E. Harrison, Box 301<br>Brownsville, Texas  78520<br>(956)548-2591 |

**CERTIFIED COPY**