IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 0 7 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk M. Perez

| | | |
|---|---|---|
| AUBARY DELANO PYLE, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-98-171 |
| VICTORIA COUNTY, TEXAS, | § § § | |
| Defendant. | § § | |

### ORDER DENYING MOTION TO TRANSFER VENUE

BE IT REMEMBERED that on October 7, 2003, the Court **DENIED** the parties' Joint Motion To Transfer Venue [Dkt. No. 113].

The Court already denied a motion to transfer venue at the outset of this litigation [Dkt. No. 14]. Since that time, the parties have completed discovery; filed and argued dispositive motions; tried the case to a jury; received a jury decision in Plaintiff's favor; briefed and argued an appeal to the United States Court of Appeals for the Fifth Circuit; and received a decision affirming the decisions of this Court and the jury. Now that the parties have settled the matter, they wish to transfer venue to the Victoria Division of the Southern District of Texas pursuant to 28 U.S.C. §1404(a) for the convenience of the Defendant. Having concluded venue in this division is convenient for all parties for litigation, the Court finds venue is convenient for settlement.

The parties' second basis for transfer, facilitation of monitoring injunctive relief, is equally unavailing. The parties do not represent that there is in fact an injunction in place to be monitored or enforced, only that an injunction "may be agreed upon by the parties." Moreover, the parties do not explain factually how a transfer will facilitate monitoring an injunction, if one is ever agreed upon. Lastly, the parties do not cite any authority for the proposition that transferring venue will facilitate monitoring.

Having considered the arguments in the motion to transfer, the Court finds the parties have not demonstrated that venue is inconvenient in the Brownsville Division or that transfer will facilitate monitoring or enforcement of an injunction, if one is ever agreed upon. The Joint Motion To Transfer Venue [Dkt. No. 113], therefore, is **DENIED**.

DONE at Brownsville, Texas, this 7th day of October 2003.

Hilda G. Tagle
United States District Judge