Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 6, 2003

Clerk
United States Court of Appeals for the Fifth Circuit
600 Camp Street, Room 100
New Orleans, LA 70130

Re:  Victoria County, Texas
     v. Aubary Delano Pyle
     No. 02-1223
     (Your No. 00-41038)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K Suter

William K. Suter, Clerk

B-98-CV-171
STX-BR