United States District Court
Southern District of Texas
FILED

NOV 21 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| AUBARY DELANO PYLE § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-98-171 |
| VICTORIA COUNTY, TEXAS, § | (JURY REQUESTED) |
| VICTORIA COUNTY SHERIFF'S § | |
| DEPARTMENT and ANTHONY § | |
| DANIEL, in his official capacity § | |

## RELEASE OF JUDGMENT

COMES NOW AUBARY DELANO PYLE, Plaintiff in the above captioned and numbered cause, and hereby RELEASES VICTORIA COUNTY, TEXAS and any and all other persons or entities of any liability for the Judgment in favor of the Plaintiff entered on the 25th day of July, 2000 in this lawsuit.

Dated this the __25th__ day of __September__, 2003.

_____
AUBARY DELANO PYLE

THE STATE OF TEXAS        §

COUNTY OF CAMERON    §

BEFORE ME, a notary public on this day personally appeared AUBARY DELANO PYLE, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this 13th day of November, 2003.

SHARON SWANSON
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 3-23-2005

My commission expires the 23rd day of March, 2005.

_____
Notary Public State of Texas

__Sharon Swanson__
(Print/type name of Notary Public Here)