NO. 00-41038

United States District Court
Southern District of Texas

MAY 0 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

AUBARY DELANO PYLE,

Plaintiff-Appellee,

v.

VICTORIA COUNTY, TEXAS,

Defendant-Appellant.

U.S. COURT OF APPEALS
F I L E D
NOV 1 4 2002
CHARLES R. FULBRUGE III
CLERK

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MOTION FILING BILL OF COSTS PURSUANT TO 5TH CIRCUIT RULE 39

Plaintiff-Appellee, Aubary Delano Pyle, by his attorney, Alan J. Rich, respectfully moves for costs and files this Bill of Costs as follows: Plaintiff's counsel seeks costs for eight copies of a Brief of 40 pages, inclusive of covers and backs, at the statutory rate of $.25 per page, totaling $80.00; plus reimbursement for eight copies of the Record Excerpts of 82 pages, inclusive of covers, backs and tabs, at the statutory rate of $.25 per page, totaling $164.00, plus a total of sixteen bindings at the statutory rate of $1.50 each, totaling $24, for a grand total of $268.00.

Wherefore, counsel for Plaintiff-Appellee, Aubary Delano Pyle, respectfully seeks statutory costs in the amount of $268.00 $260.00

New York, New York
November 13, 2002

        Respectfully submitted,

        Law Offices of Alan J. Rich

        By: _____
        ALAN J. RICH, Attorney-in-Charge
        Federal Bar No. (AR4701)
        130 West 42nd Street, Suite 904
        New York, New York 10036
        Tel: (212) 921-2244
        Fax: (212) 921-5554

        Appellate Counsel for Aubary Pyle

## XII.   CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on the parties in this action by fax on this the 13th day of November 2002, and addressed as follows: Mr. Kevin D. Cullen and Mr. Venable Bland Proctor, CULLEN, CARSNER, SEERDEN & CULLEN, L.L.P., Post Office Box 2938, Victoria, Texas 77902-2938, Facsimile: (361) 573-2603.

_____
Alan J. Rich

        ... taxed in the amount of $ 260.00
        Clerk, U. S. Court of Appeals, Fifth Circuit
        By _____
                Deputy
        New Orleans, La.

LAW OFFICES OF

# ALAN J. RICH

130 W 42ND STREET
SUITE 904
NEW YORK, NEW YORK 10036

212/921-2244
FAX 212/921-5554

ALAN J. RICH
Member, NY and NJ Bars

BAREE N. HASSETT
Member, NY, NJ & AZ Bars

November 13, 2002

Charles R. Fulbruge III, Clerk
Office of the Clerk
United States Court of Appeals for the Fifth Circuit
600 Camp Street
New Orleans, LA 70130

Re: <u>Delano-Pyle v. Victoria County</u>
Appellate Docket No. 00-41038

Hon. Mr. Fulbruge,

Enclosed please find my motion for a Bill of Costs. Kindly file same with the Court. Thank you for your kind cooperation in this regard.

Sincerely,

ALAN J. RICH



COURT OF APPEALS
RECEIVED
NOV 1 8 2002
NEW ORLEANS, LA